B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Sheila J. Hall
Debtor(s)

Case No. 12 B 23020

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50   on or before July 6, 2012

$ 76.50   on or before August 3, 2012

$ 76.50   on or before September 4, 2012

$ 76.50   on or before October 4, 2012

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ ; at _____ .
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: June 7, 2012

BY THE COURT:
_Donald R. Cassling_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **SHEILA J. HALL,** | ) | 12 B 23020 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

### CERTIFICATE OF SERVICE

I, Shenitha Burton, Courtroom Deputy to the Honorable Donald R. Cassling, certify that on June 7, 2012, I caused copies of the attached **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** dated June 7, 2012 to be served on the parties listed below via First Class Mail (**) and/or electronically via the Court's electronic notification system to:

*(Pro Se Debtor)*

**Sheila J Hall** (**)
7332 S. Sacramento
Chicago, IL 60629

*(Chapter 7 Trustee)*

Horace Fox
foxhorace@aol.com,
hf@trustesolutions.net;
hf@trustesolutions.com

*(U.S. Trustee)*
Patrick S. Layng
**USTPRegion11.ES.ECF@usdoj.gov**

Dated: June 7, 2012

Shenitha Burton
Courtroom Deputy